# Gates *v.* Morton Hardware Co.

*Assumpsit.*

(Decided April 3, 1906.  40 SRo. Rep. 509.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.
PINKNEY SCOTT, for appellant.
B. C. JONES, for appellee.
Affirmed.
Opinion by SIMPSON, J.

TYSON, DOWDELL and ANDERSON, JJ., concur.

---

# Sloss *v.* Steiner Bros., *et al.*

*Bill to Compel Redemption.*

Decided April 3, 1906.  40 So. Rep. 511.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. A. H. BENNERS.
H. K. WHITE, for appellant.
A. LATARDY, for appellee.
Affirmed.
Opinion by TYSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., concur.